**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MOTA, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)/Petitioner(s)

- against -

BROADWAY OFF PRICE, INC. & GIDEON SHAFIR

Defendant(s)/Respondent(s)

INDEX #: 07 CV 6925
DATE FILED: 08/01/2007
JUDGE: KAPLAN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/14/2007, 01:15PM at 1301 ST. NICHOLAS AVENUE, NEW YORK NY 10033, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on BROADWAY OFF PRICE, INC., a defendant in the above action.

By delivering to and leaving with SAINEY TRERIA at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 26   Approximate height 5'08"   Approximate weight 148   Color of skin BLACK   Color of hair BLACK   Other ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 08/15/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726