UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X     Case No. 07 cv 6925 (LAK)
MARIA MOTO, on behalf of herself and
all other persons similarly situated.

                                        RULE 7.1 STATEMENT

                 Plaintiff,

       -against-

BROADWAY OFF PRICE, INC.,

                 Defendant.
-----------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                                           NONE.

Date:   August 31, 2007                        _____
                                                     Thomas Rubertone, Jr. (TR2193)
                                                     For Law Offices of:
                                                     Richard M. Greenspan, P.C.
                                                     Attorneys for Plaintiffs
                                                     220 Heatherdell Road
                                                     Ardsley, New York 10502
                                                     (914) 478-2801

[Z:\trubertone\Tom To Do\BwayOP7.1.wpd]