THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

October 18, 2007

**VIA U.S. MAIL**

Hon. Lewis A. Kapln
United States District Court
Southern District of New York
500 Pearl Street, rm. 1310
New York, NY 11201

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

      Re:   Maria Mota v. Broadway Off-Price
            Docket No.: 07 cv 6925

Dear Judge Kaplan,

The undersigned is counsel to plaintiff in the above-referenced matter.

I write to inform the Court that the above matter has been settled. As of the date of this letter, both sides are finalizing settlement terms and I expect to file a Stipulation of Discontinuance by early November 2007.

Thank you very much.

Respectfully submitted,

Justin A. Zeller
*Counsel to Plaintiffs*

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 11/15/07, if the settlement is not consummated by then.

SO ORDERED!

Lewis A. Kaplan
U.S.D.J.
10/23/07

CC: Thomas Rubertone, Jr. via fax at (914) 478-2913